IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JESSIE ADAMS, §
§
Plaintiff, §
§
v. § 1:26-CV-146-RP
§
SERGIO JIMENEZ, §
§
Defendant. §

## ORDER

Before the Court is the Report and Recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Jessie Adams's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on March 9, 2026. (*Id.*). As of the date of this order, Plaintiff has not filed objections to the Report and Recommendation, nor has Plaintiff complied with Judge Lane's Order to file a "More Definite Statement" on or before February 16, 2026.

Notably, Judge Lane's Order for a More Definite Statement, (Dkt. 4), was returned as not delivered as addressed. (Dkt. 5). It is a violation of the Local Rules of the Western District of Texas for an unrepresented party to fail to file a notice of any change in the party's mailing address. W.D. Tex. Loc. R. CV-10(d). *Pro se* parties are not excused from following a court's local rules. *See Deutsche Bank Nat'l Tr. Co. as Tr. for New Century Home Equity Loan Tr. Series 2005-C v. Watson*, No. 1:15-CV-823-RP, 2016 WL 11584776, at *1 (W.D. Tex. July 20, 2016) ("Pro se litigants must comply with the pertinent rules of procedure and substantive law.").

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served

1

with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because Plaintiff has not filed timely objections, the Court reviews the Report and Recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the Report and Recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 6), is **ADOPTED**. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on April 17, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2